# MEMORANDUM DECISIONS

AMERICAN ASPHALTUM & RUBBER CO. et al. v. STANDARD ASPHALT & RUBBER CO. (Circuit Court of Appeals, Seventh Circuit. November 4, 1914.) No. 2092. Appeal from the District Court of the United States for the Northern District of Illinois. Chas. C. Bulkley, of Chicago, Ill., for appellants. Chas. K. Offield, Henry S. Towle, Albert H. Graves, James R. Offield, and Frank L. Belknap, all of Chicago, Ill., for appellee.

PER CURIAM. Order dismissing appeal on stipulation.

AMERICAN ROTARY VALVE CO. v. MOORHEAD. (Circuit Court of Appeals, Seventh Circuit. May 18, 1915.) No. 2214. Appeal from the District Court of the United States for the District of Indiana. W. Clyde Jones and Keene H. Addington, both of Chicago, Ill., Ferdinand Winter, of Indianapolis, Ind., and Robert C. Wheeler, of Chicago, Ill., for appellant. Chas. Sansberry, James W. Noel and Finley P. Mount, both of Indianapolis, Ind., for appellee.

PER CURIAM. Heard and affirmed.

ATLAS UNDERWEAR CO. v. COOPER UNDERWEAR CO. (Circuit Court of Appeals, Seventh Circuit. June 4, 1915.) No. 2107. Appeal from the District Court of the United States for the Northern District of Illinois. Louis Quarles, of Milwaukee, Wis., for appellant. C. H. Duell, F. P. Warfield, and H. S. Duell, all of New York City, for appellee.

PER CURIAM. Dismissed pursuant to stipulation of counsel.

AYRES v. GRAHAM et al. (Circuit Court of Appeals, Seventh Circuit. May 27, 1915.) No. 2208. In Error to the District Court of the United States for the Northern District of Illinois. E. F. Thompson and Francis H. Clark, both of Chicago, Ill., and Harry S. Stokes, of Nashville, Tenn., for plaintiff in error. W. J. Calhoun and D. H. Mann, both of Chicago, Ill., for defendants in error.

PER CURIAM. Heard and judgment affirmed.

BOGLE et al. v. McKEY. (Circuit Court of Appeals, Seventh Circuit. April 27, 1915.) No. 1951. Appeal from the District Court of the United States for the Northern District of Illinois. M. F. Gallagher, of Chicago, Ill., for appellants. Max J. Farber and Herman Frank, both of Chicago, Ill., for appellee.

PER CURIAM. Order reversing on confession in open court.